David BRIGHTWELL, Plaintiff—Appellant,

v.

D. Scott WHITNEY, Chief Attorney; Geraldine K. Sweeney, Chief Attorney; Governor Martin O'Malley; Somerset County Administrator, Defendants—Appellees.

No. 11–7200.

United States Court of Appeals, Fourth Circuit.

Submitted: Dec. 15, 2011.

Decided: Dec. 20, 2011.

David Brightwell, Appellant Pro Se.

Before GREGORY, SHEDD, and DAVIS, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

David Brightwell appeals the district court's order dismissing his civil rights complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Brightwell v. Whitney,* No. 8:11–cv–01652–DKC (D.Md. Aug. 30, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*